# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PLATYPUS HOLDINGS, LLC** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 14-5127** |
| v. | : | |
| | : | |
| **JEFFREY B. RUSSELL, M.D.,** *et al.* | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW,** this 14th day of October 2014, upon consideration of the *motion to remand* filed by Plaintiff Platypus Holdings, LLC ("Plaintiff"), [ECF 4], the opposition thereto filed by Defendants Jeffrey B. Russell, M.D. and Rosemary Russell, [ECF 9], the allegations contained in the complaint, [ECF 1-1], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion to remand is **DENIED.**

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
NITZA I. QUIÑONES ALEJANDRO, J.